2010-17914
FILED
September 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002912225

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

Attorneys for Movant
U.S Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>GREGORY P. FLEITZ aka PRESTON FLEITZ aka GREG FLEITZ and BERNADETTA FLEITZ aka BERNADETTE HIDALGO FLEITZ aka BERNADETTE MARIE HIDALGO<br><br>Debtors. | CASE: 10-17914-B-7<br><br>CHAPTER 7<br><br>REF.: ASW-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 09/08/10<br>TIME: 11:00am<br>CTRM: 12<br><br>U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA 93721 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6, and having set to have been heard before the HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE, on September 8, 2010, and the Court, having read the various

RECEIVED
September 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002912225

6401-6081

```
 1 │ pleadings, documents and proceedings, and service having
 2 │ been made, and after due deliberation without hearing, does
 3 │ hereby make its order as follows:
 4 │     IT IS ORDERED that with respect to the real property
 5 │ commonly known as 3352 San Luis Rey Court, Merced, CA 95348,
 6 │ and more fully described as follows:
 7 │           SEE LEGAL DESCRIPTION MARKED AS EXHIBIT
 8 │           "A" AND INCORPORATED HEREIN BY REFERENCE
 9 │ Movant and its agents and successors are relieved of the
10 │ automatic stay, and said stay is immediately terminated, so
11 │ that Movant and its agents and successors may exercise or
12 │ cause to be exercised any and all rights under its Note
13 │ and/or Deed of Trust under applicable nonbankruptcy law.
14 │     IT IS FURTHER ORDERED that the 14 day stay pursuant to
15 │ Rule 4001(a)(3) is hereby waived.
16 │     IT IS FURTHER ORDERED that the bankruptcy proceeding
17 │ has been finalized for purposes of Cal. Civil Code § 2923.5.
18 │     IT IS FURTHER ORDERED that except as set forth herein,
19 │ all other relief is denied without prejudice.
20 │ Dated: September 09, 2010
21 │
22 │
23 │                             W. Richard Lee
24 │                             United States Bankruptcy Judge
25 │
26 │
27 │
```

Matter I.D. 6401-6081

# EXHIBIT A

# Exhibit A

**DESCRIPTION:**

THE FOLLOWING DESCRIBED PROPERTY IN THE CITY OF MERCED, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 7, SANTA FE VILLAGE UNIT NO. 3, IN THE CITY OF MERCED, COUNTY OF MERCED, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 19 OF MAPS, PAGES 44 AND 45, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM AN UNDIVIDED 3/4 INTEREST IN AND TO (A) ALL OIL, GAS AND OTHER HYDROCARBONS IN AND UNDER THAT PORTION OF THE ABOVE DESCRIBED LAND, HEREINAFTER DESCRIBED AS THE "MINERAL PROPERTY", AND (B) ALL OTHER MINES AND MINERALS FOUND IN SOLID, GASEOUS AND VISCID STATE IN OR UNDER THE MINERAL PROPERTY, ONE-HALF THEREOF BOOK 1539 AT PAGE 594, OFFICIAL RECORDS, AND ONE-QUARTER THEREOF BEING RESERVED IN DEED FROM YOSEMITE LAND AND CATTLE CO., A DELAWARE CORPORATION, AND CHM COMPANY, A CALIFORNIA CORPORATION AND RECORDED JUNE 16, 1966 IN BOOK 1719 AT PAGE 791, OFFICIAL RECORDS. TOGETHER WITH (1) THE RIGHT TO USE THE "MINERAL PROPERTY" TO SLANT DRILL WELLS FOR ANY PURPOSE, THE SURFACE LOCATION OF WHICH WELLS OR TUNNELS ARE ON PROPERTIES OTHER THAN THE ABOVE DESCRIBED REAL PROPERTY AND THE PRODUCING INTERVALS OF WHICH WELLS OR TUNNELS ARE IN THE "MINERAL PROPERTY" AND (2) THE RIGHT TO STORE, INJECT IN AND REMOVE FROM THE "MINERAL PROPERTY" OIL, GAS, WATER OR OTHER FLUIDS AND OTHER MINES AND MINERALS OR ANY KIND BY WELLS OR TUNNELS THE SURFACE LOCATION OF WHICH ARE ON PROPERTIES OTHER THAN THE ABOVE DESCRIBED REAL PROPERTY. THE "MINERAL PROPERTY" SHALL BE THAT PORTION OF THE DESCRIBED REAL PROPERTY (OR ANY PORTION THEREOF) WHICH IS MORE THAN 500 FEET VERTICALLY BELOW THE SURFACE OF THE ABOVE DESCRIBED REAL PROPERTY.

**APN:** 236-140-058-000